UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GEORGE SCOTT, Petitioner, | : | |
| v. | : | CA 08-180 S |
| DENIS RIORDAN, District Director of Bureau of Citizenship and Immigration Services; ROSETTA R. MARTINI, Field Office Director of Bureau of Citizenship and Immigration Services; and BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, Respondents. | : | |

**ORDER**
**REQUIRING GOVERNMENT**
**TO FILE ANSWER/RESPONSE**

On May 9, 2008, Petitioner George Scott ("Petitioner") filed a Petition for Review of Denial of Application for Naturalization Pursuant to 8 U.S.C. § 1421(c) and Request for de Novo Hearing (Document ("Doc.") #1) ("Petition for Review"). A copy of that Petition for Review is attached to this Order. **The Government is ordered to file an answer/response to the Petition for Review by June 30, 2008.** The Clerk is directed to send a copy of this Order to the Office of the United States Attorney for the District of Rhode Island. That Office or the appropriate agency of the United States Government shall file a response in compliance with this Order.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 29, 2008