(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

GEORGE SCOTT
Plaintiff(s)

v. Dkt. No. CA 08-180 S

U.S. BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant GEORGE SCOTT hereby moves that LAWRENCE GATEI, ESQ be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

John P. Garan
Print Name

175 Main Street, Suite 1
Firm and Business Address

Pawtucket, RI. 02860

RI Bar ID # 1677

Email: jgaran@verizon.net

Tel. # 401-722-9459

Fax # 401-722-0475

---

## ORDER

This motion is hereby X GRANTED ____ DENIED

WESmm
District Judge

7/29/08
Date