UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

George Scott,
    Petitioner

v.                                                   C.A. No. 08-180S

Denis Riordan; Rosetta Martini and
Bureau of Citizenship and Immigration
Services,
    Respondent

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on April 21, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Petitioner's objection to the Magistrate Judge's Report and Recommendation is DENIED. Respondent's Motion for Summary Judgment is GRANTED

                                            By Order,

                                            /s/ Wendy Neile
                                            Deputy Clerk

ENTER:

/s/ W E Smith
William E. Smith
United States District Judge

Date: 5/6/09